IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Payne Sr, Stanley

Printed: 4/8/08

Case Number: 07 B 01360
Judge: Hollis, Pamela S
Filed: 1/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: March 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,650.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,560.90 |
| Trustee Fee: |  | 89.10 |
| Other Funds: |  | 0.00 |
| Totals: | 1,650.00 | 1,650.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,239.00 | 1,560.90 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 9,508.20 | 0.00 |
| 6. | Internal Revenue Service | Priority | 21,776.99 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 574.44 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 1,803.45 | 0.00 |
| 9. | Capital One | Unsecured | 1,544.88 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 2,568.37 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 5,917.86 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 8,807.88 | 0.00 |
| 13. | Citibank | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 16. | Beneficial Illinois Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 54,741.07 | $ 1,560.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.10 |
|  | _____ |
|  | $ 89.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Payne Sr, Stanley | Case Number: 07 B 01360 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 1/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____